```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

ROBERT HENRY DAY,
      Plaintiff,

      v.                                        Civil Action
                                                No. 13-12850-PBS

AAG INSURANCE,
      Defendant.

ORDER ON MOTION TO
PROCEED WITHOUT PREPAYMENT OF FEES

November 18, 2013

SARIS, C.J.

    On November 12, 2013, this case was transferred to this Court from the United States District Court for the Southern District of New York.  Along with the transfer was plaintiff's Motion for Leave to Proceed *in forma pauperis* (Docket No. 1).

    Upon review of plaintiff's financial disclosures contained in his affidavit, this Court finds that plaintiff has not demonstrated sufficiently that he lacks funds to pay the $400.00 filing fee, particularly where he claims to have received $15,000.00 (date received unknown), and where he claims that he owns assets of all kinds in the United States and Jamaica, including bonds and investments.

    Accordingly, Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Docket No. 1) is <u>DENIED</u>.  Within 21 days of the date of this Memorandum and Order, plaintiff either shall pay the $400.00 filing and administrative fee of the Court, or he shall file a renewed Motion for Leave to Proceed *in forma pauperis* that includes complete financial disclosures including any cash, or

any funds in a savings and/or checking account (either in the United States or abroad), and a list of all real property, bonds, and other investments, along with the value of each.

Failure to comply with these directives will result in a dismissal of this action. The Clerk shall send plaintiff the standard application form used by this Court.

SO ORDERED.

/s/ Patti B. Saris
PATTI B. SARIS
CHIEF, UNITED STATES DISTRICT JUDGE