```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

ROBERT HENRY DAY,
       Plaintiff,

       v.                                        Civil Action
                                                                         No. 13-12850-PBS

AAG INSURANCE,
       Defendant.

<u>ORDER ON MOTION TO
PROCEED WITHOUT PREPAYMENT OF FEES</u>

December 23, 2013

SARIS, C.J.

    On November 12, 2013, this case was transferred to this Court from the United States District Court for the Southern District of New York. Along with the transfer was plaintiff's Motion for Leave to Proceed *in forma pauperis* (Docket No. 1).

    On November 18, 2013, this Court issued an Order (Docket No. 6) denying plaintiff's *in forma pauperis* motion because he had not demonstrated sufficiently that he lacks funds to pay the $400.00 filing fee, particularly where he claimed to have received $15,000.00 from an unknown source and where he claimed that he owned assets of all kinds in the United States and Jamaica, including bonds and investments.

    On December 17, 2013, plaintiff filed a Letter (Docket No. 10) seeking once again to proceed *in forma pauperis*. He states that, with regard to his finances, "it is kind of a tough subject." Letter (Docket No. 10 at 1). He contends that everything he owns is in a trust in New York. The rest of his explanation of his finances, however, is virtually

unintelligible.  He states that "they" have his money and that "I don't know how much it is.  Ma'am in theory I could have 2 billion dollars between insurance, business, and investments.  When it all comes out I am a very rich man."  Id.

Notwithstanding this statement, his financial affidavit accompanying his Letter indicates that he received public benefits in the amount of $13,244.00 and $2,000.00 from other sources.  In response to the question whether he has any money in cash or bank accounts, he answered "yes" but stated he did not know the amount and that it was in trust of the State of New York.  He answered the same with respect to the question regarding his personal and real property.  He contends that he is cash poor.

In view of plaintiff's statements and his ambiguous financial disclosures, this Court still is not satisfied that plaintiff lacks sufficient funds to pay the $400.00 filing fee of this Court.

Accordingly, plaintiff's renewed request for leave to proceed *in forma pauperis* is DENIED.  This Court will afford him one further opportunity to submit, in a coherent fashion, disclosure of all of his finances, including funds or property in trust, along with evidence that he is unable to tap into the trust to pay the Court's filing fee.

In order to facilitate his financial disclosures, the clerk

shall send to plaintiff the long form Application to Proceed Without Prepayment of Fees and Affidavit for completion.

Within 21 days of the date of this Order, plaintiff shall submit his financial disclosures or pay the filing fee, failing which, this action shall be dismissed.

SO ORDERED.

/S/ Patti B. Saris
PATTI B. SARIS
CHIEF, UNITED STATES DISTRICT JUDGE